UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DARRELL DOMINIQUE SMITH                                PETITIONER

VS.                                    CIVIL ACTION NO. 3:08CV404 DPJ-JCS

CHRISTOPHER EPPS                                         RESPONDENT

JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with  prejudice.

**SO ORDERED AND ADJUDGED** this the 11th day of February, 2009.

_s/ Daniel P. Jordan III_____
UNITED STATES DISTRICT JUDGE
